# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 117 MM 2021 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| KEVIN MARK HAGENS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of December, 2021, the "Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*" and the "Application for Leave to File Post-Submission Communication Letter" are GRANTED. Petitioner has 30 days in which to file a Petition for Allowance of Appeal.